C. A. No. 76-34. STATE *v.* NICHOLAS PALMIGIANO. Motion of State to reconsider the previous order of this Court is granted. The State's motion to affirm the judgment below pursuant to Rule 16(g) is granted. *State* v. *Keegan,* 113 R.I. 923, 320 A.2d 618 (1974). *Julius C. Michaelson,* Attorney General, *Judith*

*Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Nicholas Palmigiano,* defendant, pro se.